IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED PLASTICS, INC., <br><br> Defendant. | CV 18–102–M–DLC <br><br> ORDER |

Before the Court is the Parties' Stipulation to Dismiss. (Doc. 39.) The Parties request that this Court dismiss the above-captioned matter. (*Id.*)

Accordingly, this matter is DISMISSED with prejudice. The Clerk of Court is directed to close the case file.

DATED this 30th day of September, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court